IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BENJAMIN ARCHULETA,

      Plaintiff,

v.                                                                           No. 1:19-cv-00682-MV-JHR

TRENT BETTES,
KELLY JOHNSON, and
FARMERS INSURANCE CO.,

      Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

      **THIS MATTER** comes before the Court on Plaintiff's failure to comply with the Court's Order to file a more definite statement of the claims in his Complaint.  *See* Doc. 14, filed February 28, 2020.

      Defendants filed a motion for a more definite statement asserting that Plaintiff's "Complaint consists of citations to numerous federal statutory and constitutional provisions without any discernible explanation as to how such authority is implicated or how Plaintiff is entitled to relief pursuant to such authority against these Defendants."  Doc. 8 at 1, filed October 7, 2019.  Plaintiff did not file a response opposing the motion.

      The Court granted Defendants' motion for a more definite statement because there are no factual allegations supporting many of the claims pursuant to the numerous federal statutory and constitutional provisions.  The Court ordered Plaintiff to file a more definite statement of the claims asserted in his Complaint and notified Plaintiff that failure to timely file a more definite statement may result in dismissal of this case.  *See* Doc. 14 at 4.  Plaintiff did not file a more definite statement by the March 14, 2020, deadline.

**IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
**MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE**